EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Evelyn Ortiz Cardona | 2010 TSPR 104<br><br>179 DPR _____ |

Número del Caso: TS-10,345

Fecha: 22 de junio de 2010

Abogado de la Parte Peticionaria:

Por derecho Propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                            10,345
Evelyn Ortiz Cardona




                    RESOLUCIÓN


San Juan, Puerto Rico, a 22 de junio de 2010


    Examinada    la    Moción    Solicitando    Baja
Voluntaria    presentada   por   la   Lcda.   Evelyn
Ortiz Cardona, así como la comunicación de la
Procuradora   General,   se    autoriza   su   baja
voluntaria.

    Publíquese.

    Lo   acordó   el   Tribunal   y   certifica   la
Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                  Secretaria del Tribunal Supremo